FILED _____ RECEIVED ✓
ENTERED _____ SERVED ON
COUNSEL/PARTIES OF RECORD

APR 2 1 2017

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:05-CR-121-RCJ-RJJ |
| Plaintiff, | ) | |
| vs. | ) | |
| DONALD W. HAMILTON | ) | |
| Defendant. | ) | |

ORDER

The matter before the court is to clarify the order of restitution previously entered as part

of the Judgment in a Criminal Case (#734) on February 26, 2007.   Upon further review of the

restitution order in this matter, the specifics needed to complete the order of restitution were not

made a part of the Judgment.  Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s)

listed below:

Name of Payee: IRS - RACS
Amount of Restitution: $13,425.00

**Total Amount of Restitution ordered:  $13,425.00**

Dated this _____20ᵗʰ_____ day of April, 2017.

_____
UNITED STATES DISTRICT JUDGE